# CASE ANNOUNCEMENTS
## November 23, 2009

[Cite as *11/23/2009 Case Announcements*, 2009-Ohio-6142.]

## MOTION AND PROCEDURAL RULINGS

**2009–1547. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 07–1080–GA–AIR and 07–1081–GA–ALT. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's motion to supplement the record,
It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS